IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

TAREEQ AKBAR,                          }
TDCJ-CID NO. 1097127,                  }
   Petitioner,         }
v.                                     } CIVIL ACTION NO. H-07-1553
                                       }
NATHANIEL QUARTERMAN,                  }
   Respondent.         }

## OPINION ON DISMISSAL

   The petitioner in the above-styled cause has not responded to the Court=s Order of June 28, 2007, directing him to file an amended petition or a civil rights complaint within thirty (30) days of entry of the Order.  The Court=s Order specifically provided that Αfailure to comply as directed will result in the dismissal of this action for want of prosecution.@   The petitioner=s failure to pursue this action forces this Court to conclude that he lacks due diligence.

   Therefore, under the inherent powers necessarily vested in a court to manage its own affairs, this Court determines that dismissal for want of prosecution is appropriate.   *See* Fed.R.Civ.P. 4l(b); The petitioner is advised, however, that upon a proper showing, relief from this order may be granted in accordance with Fed. R. Civ. P. 60(b).

   Accordingly, it is ORDERED that this action be DISMISSED without prejudice for want of prosecution and for failure to comply with a Court order.  All pending motions, if any, are DENIED as moot.

   Signed at Houston, Texas, on this 23rd day of August, 2007.

                 Melinda Harmon
                 United States District Judge