IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TAREEQ AKBAR, } | |
| TDCJ-CID NO. 1097127, } | |
| Petitioner, } | |
| v. } | CIVIL ACTION NO. H-07-1553 |
| } | |
| NATHANIEL QUARTERMAN, } | |
| Respondent. } | |

## **ORDER OF DISMISSAL**

For the reasons stated in this Court=s Opinion on Dismissal entered this date, this action is DISMISSED without prejudice.

Signed at Houston, Texas, on this 23rd day of August, 2007.

Melinda Harmon
United States District Judge